**DISMISS; and Opinion Filed August 16, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-01296-CV

---

### NICHOLAS COPELAND, Appellant
### V.
### YVONNE R. INGRAM, Appellee

---

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-04370-C**

---

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By order dated May 18, 2016, we ordered the appeal submitted without a reporter's record and directed appellant to file his brief by June 17, 2016. By postcard dated June 20, 2016, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE


151296F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

NICHOLAS COPELAND, Appellant

No. 05-15-01296-CV      V.

YVONNE R. INGRAM, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-15-04370-C.
Opinion delivered by Justice Schenck.
Justices Francis and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee YVONNE R. INGRAM recover her costs of this appeal from appellant NICHOLAS COPELAND.


Judgment entered this 16th day of August, 2016.